NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON MATTHEW KENLY,
DOC #R40449,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-4978

Opinion filed October 5, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Kim Campbell, Judge.

Jason Matthew Kenly, pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.